**Order entered May 14, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00379-CV

### MAY LTAIF, Appellant

### V.

### RAMA NPL 1, LLC, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-18-07215-C

## ORDER

On April 26, 2019, after being informed by the court reporter that appellant had not requested the record, we directed appellant to file, within ten days, written verification she had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant failed to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her opening brief no later than June 13, 2019.

/s/     BILL WHITEHILL
         JUSTICE